IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK ALLEN KOCH, | |
| Plaintiff, | **8:19CV345** |
| v. | |
| THOMAS KRUML; CENTER FOR RURAL AFFAIRS, INC.; RURAL ENTERPRISE ASSISTANCE PROGRAM; SHEER COUNTRY, LLC; JOHN AND JANE DOE; and ALL OTHER PERSONS HAVING OR CLAIMING ANY RIGHT, TITLE OR INTEREST IN OR TO, East 22.5 feet of lot 2, in block 30, of the original townsite Ord Valley County, Nebraska and Ord-original add/102 N62.5 of DIV E in L4 B30, Ord, Valley County, Nebraska, | **ORDER TO SHOW CAUSE** |
| Defendants. | |

This matter is before the Court on plaintiff Mark Allen Koch's ("Koch") Motion to Proceed in forma pauperis ("IFP") on appeal (Filing No. 35) to the Eighth Circuit Court of Appeals. A motion to proceed IFP must include an affidavit that (1) shows "the party's inability to pay or give security for fees and costs," (2) "claims an entitlement to redress," and (3) "states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a); *see also* 28 U.S.C. § 1915(a).

Here, Koch did not include an affidavit with his motion to proceed IFP. Koch is directed to file an affidavit making the three required showings by September 30, 2019. Failure to do so may result in denial of Koch's motion to proceed IFP without further notice. An affidavit form can be accessed at the Court's website, *see* United States District Court District of Nebraska, *Proceeding Without an Attorney*, https://www.ned.uscourts.gov/public/proceeding-without-an-attorney (the second line in

the table: "Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis";
click "Word" to open the affidavit), or at Form 4 of the Appendix of Forms to the Federal
Rules of Appellate Procedure. The Clerk of Court is directed to send a copy of the affidavit
form found on the Court's website to Koch at his address of record.

IT IS SO ORDERED.

Dated this 16th day of September 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge